GAS 245D    (Rev. 10/24) Judgment in a Criminal Case for Revocations

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF GEORGIA
## BRUNSWICK DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br>v.<br>Mario Donta Hardee | **JUDGMENT IN A CRIMINAL CASE**<br>(For Revocation of Probation or Supervised Release)<br><br>Case Number: 2:14CR00022-1<br><br>USM Number: 19111-021<br><br>Ronald E. Harrison, II<br>Defendant's Attorney |

**THE DEFENDANT:**

☒ admitted guilt to violation of mandatory conditions of the term of supervision.
☐ was found in violation of condition(s) _____ after denial of guilt.

The defendant is adjudicated guilty of these violations:

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 1 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 31, 2021 |

*See page 2 for Additional Violations.*

The defendant is sentenced as provided in page 3 of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

☐ The defendant has not violated the _____ condition(s), _____ and is discharged as to such violation(s).

    It is ordered that the defendant must notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the Court and United States Attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No: 1948

June 18, 2025
Date of Imposition of Judgment

Defendant's Year of Birth: 1987

*/s/ Lisa Godbey Wood*
Signature of Judge

City and State of Defendant's Residence:

Savannah, Georgia

LISA GODBEY WOOD
UNITED STATES DISTRICT JUDGE
Name and Title of Judge

June 23, 2025
Date

DEFENDANT: Mario Donta Hardee
CASE NUMBER: 2:14CR00022-1

# ADDITIONAL VIOLATIONS

| Violation Number | Nature of Violation | Violation Ended |
|---|---|---|
| 2 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | October 21, 2022 |
| 3 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | November 7, 2023 |
| 4 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | January 15, 2024 |
| 5 | The defendant failed to refrain from any unlawful use of a controlled substance (mandatory condition). | February 20, 2024 |
| 6 | The defendant committed another federal, state, or local crime (mandatory condition). | April 30, 2024 |

DEFENDANT: Mario Donta Hardee
CASE NUMBER: 2:14CR00022-1

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a total term of: <u>15 months.</u>

☒ The Court makes the following recommendations to the Bureau of Prisons:
It is recommended the defendant receive credit for time served. Designation to the Bureau of Prisons facility in Estill, South Carolina, is also recommended. It is further recommended the defendant be evaluated by Bureau of Prisons officials to establish his participation in an appropriate program of substance abuse treatment, to include the Residential Drug Abuse Program (RDAP), and vocational training.

☒ The defendant is remanded to the custody of the United States Marshal.

☐ The defendant shall surrender to the United States Marshal for this district:

  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .

  ☐ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:

  ☐ before 2 p.m. on _____ .

  ☐ as notified by the United States Marshal.

  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____

at _____ , with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL